James W. Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas Texas 75214-3451
(214) 827-9112

Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CAFARELLI METALS, INC. | § | CASE NO. 16-30507-BJH-7 |
| | § | |
| DEBTOR | § | |

## TRUSTEE INTERIM REPORT

The U.S. Trustee relayed by email a request from the Court that an interim status report be filed in the above case. Now comes James W. Cunningham, chapter 7 trustee for the above estate, and files this interim status report.

RESPECTFULLY SUBMITTED,

  /s/ James W. Cunningham
Chapter 7 Bankruptcy Trustee

TRUSTEE INTERIM REPORT

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 16-30507 SGJ Judge: Stacey G. Jernigan | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|
| Case Name: | CAFARELLI METALS, INC. | Date Filed (f) or Converted (c): | 01/26/17 (c) |
| | | 341(a) Meeting Date: | 03/07/17 |
| For Period Ending: 06/30/22 | | Claims Bar Date: | 06/06/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Account | 2,332.37 | 0.00 | | 0.00 | FA |
|   - Per amendment filed 3/8/16 | | | | | |
|   - No funds at time of chapter 7 conversion | | | | | |
| 2. Accounts Receivable | 27,611.25 | 91.28 | | 91.28 | FA |
|   - Valuation subject to recovery in Adversary 16-3025 v Rep Bus Credit. | | | | | |
|   - Settled - see Item # 5. | | | | | |
| 3. Inventory | 28,567.68 | 0.00 | | 0.00 | FA |
|   - See # 10 - sold per 5/1/17 Order | | | | | |
| 4. Machinery & Equipment | 78,000.00 | 0.00 | | 0.00 | FA |
|   - Per amendment filed 3/8/16 | | | | | |
|   - See # 10 - sold per 5/1/17 Order | | | | | |
| 5. Claim Against Republic Bus Credit | Unknown | 109,839.07 | | 109,839.07 | 0.00 |
|   - Adversary #16-3025 Estate v Rep Bus Credit. | | | | | |
|   - Judgment entered 12/23/2021 in favor of three debtors, Bailey Tool, Cafarelli Metals and Hunt Hinges for $16.9M + attorney fees + interest on 12/23/2021 | | | | | |
|   - Settled per 2/23/22 Order #125 | | | | | |
|   - Settlement order appealed by John Buttles at District Court Case 3:22-CV-00644-K. | | | | | |
| 6. Lease | 0.00 | 0.00 | | 0.00 | FA |
|   - Per amendment filed 3/8/16 | | | | | |
| 7. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
|   - Per amendment filed 3/8/16 | | | | | |
|   - See # 10 - sold per 5/1/17 Order | | | | | |
| 8. Claims Against Former CFOs | Unknown | 0.00 | | 0.00 | FA |
|   - Per amendment filed 3/8/16 | | | | | |
|   - Determined no cause of action. | | | | | |
| 9. Money Held by Republic Bus Credit | 450,000.00 | 0.00 | | 0.00 | FA |
|   - Per amendment filed 3/8/16 | | | | | |
|   - Adversary 16-3025-sgj | | | | | |
|   - Judgment entered 12/23/2021 in favor of three debtors, Bailey Tool, Cafarelli Metals and Hunt Hinges for $16.9M + attorney fees + interest on 12/23/2021 | | | | | |
|   - See item # 5 | | | | | |
| 10. Sale of All Personal Property Sold per 5/1/17 Order #37 | 0.00 | 21,298.91 | | 21,298.91 | FA |
| | | | | | Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $586,511.30 | $131,229.26 | | $131,229.26 | $0.00 |
| | | | | | (Total Dollar Amount |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

| Case No: | 16-30507 SGJ Judge: Stacey G. Jernigan | Trustee Name: | James W. Cunningham, Trustee |
| --- | --- | --- | --- |
| Case Name: | CAFARELLI METALS, INC. | Date Filed (f) or Converted (c): | 01/26/17 (c) |
| | | 341(a) Meeting Date: | 03/07/17 |
| | | Claims Bar Date: | 06/06/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

- Debtor did not file Chapter 7 Conversion Schedules per Local Rule 1019
  upon conversion to chapter 7

- Related cases:

  Bailey Tool & Manufacturing Company   Case #16-30503-sgj7
  Hunt Hinges, Inc.  Case #16-30504-sgj7
  Bailey Shelter, LP   Case #16-30509-mvl7   (closed)

- Adversary #16-3025  Estate v Rep Bus Credit.
  Settled per 2/23/22 Order #125
  Settlement order appealed by John Buttles at
  District Court Case 3:22-CV-00644-K.


- Tax returns

- Ch 7 professional final fee applications

Initial Projected Date of Final Report (TFR): 01/26/19     Current Projected Date of Final Report (TFR): 11/14/22

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-30507 -SGJ | | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|---|
| Case Name: | CAFARELLI METALS, INC. | | Bank Name: | First National Bank - Vinita |
| | | | Account Number / CD #: | *******1825 Checking Account |
| Taxpayer ID No: | *******5956 | | | |
| For Period Ending: | 06/30/22 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/07/17 | 2 | Wire Transfer - Sterling Com Credit | AR - Excessive Collections | 1121-000 | 8,169.13 | | 8,169.13 |
| 05/05/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,159.13 |
| 05/18/17 | 10 | Wire Transfer - DMS | Equipment Sale per 5/1/17 Order | 1129-000 | 21,298.91 | | 29,458.04 |
| 05/18/17 | 007001 | Dallas County c/o Beth Weller Linebarger Goggan Blair & Sampson, LLP 2777 N. Stemmons Freeway, Suite 1000 Dallas, TX 75207 | Equipment Sale per 5/1/17 Order 2014 - Acc 99970440000130250 | 4800-000 | | 1,402.40 | 28,055.64 |
| 05/22/17 | 007002 | Comerica Bank | Equipment Sale per 5/1/17 Order | 4210-000 | | 15,000.00 | 13,055.64 |
| 06/07/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 19.22 | 13,036.42 |
| 07/10/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 13.91 | 13,022.51 |
| 08/07/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 13.83 | 13,008.68 |
| 09/08/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 13.81 | 12,994.87 |
| 10/06/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 13.35 | 12,981.52 |
| 11/07/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 13.78 | 12,967.74 |
| 12/07/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 13.33 | 12,954.41 |
| 01/08/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 13.76 | 12,940.65 |
| 02/07/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 13.74 | 12,926.91 |
| 03/07/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 12.40 | 12,914.51 |
| 04/06/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 13.71 | 12,900.80 |
| 05/07/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 13.26 | 12,887.54 |
| 06/07/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 13.68 | 12,873.86 |
| 07/09/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 13.23 | 12,860.63 |
| 08/07/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 13.66 | 12,846.97 |
| 09/10/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 13.64 | 12,833.33 |
| 10/05/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 13.19 | 12,820.14 |
| 11/07/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 13.61 | 12,806.53 |
| 12/04/18 | | Transfer to Acct #*******0061 | Bank Funds Transfer | 9999-000 | | 12,806.53 | 0.00 |

| Account *******1825 | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 Deposits | | 29,468.04 | | 2 Checks | 16,402.40 |
| | 0 Interest Postings | | 0.00 | | 19 Adjustments Out | 259.11 |
| | | | | | 1 Transfers Out | 12,806.53 |
| | Subtotal | $ | 29,468.04 | | | |
| | 0 Adjustments In | | 0.00 | | Total | $ 29,468.04 |
| | 0 Transfers In | | 0.00 | | | |
| | Total | $ | 29,468.04 | | | |

PFORM2T4

Ver: 22.06b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-30507 -SGJ | | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|---|
| Case Name: | CAFARELLI METALS, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0061 Checking Account |
| Taxpayer ID No: | *******5956 | | | |
| For Period Ending: | 06/30/22 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/04/18 | | Transfer from Acct #*******1825 | Bank Funds Transfer | 9999-000 | 12,806.53 | | 12,806.53 |
| 12/18/18 | 003001 | Sherman & Yaquinto, LLP c/o Daniel J. Sherman 509 N. Montclair Avenue Dallas, TX  75208 | Atty Fees per 12/14/18 Order | 3210-000 | | 1,215.92 | 11,590.61 |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 11.56 | 11,579.05 |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 12.79 | 11,566.26 |
| 05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 12.36 | 11,553.90 |
| 06/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 12.76 | 11,541.14 |
| 07/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 12.33 | 11,528.81 |
| 08/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 12.73 | 11,516.08 |
| 09/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 12.72 | 11,503.36 |
| 10/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 12.29 | 11,491.07 |
| 11/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 12.69 | 11,478.38 |
| 12/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 12.26 | 11,466.12 |
| 01/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 12.66 | 11,453.46 |
| 02/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 12.65 | 11,440.81 |
| 02/23/22 | 5 | Bailey Tool & Mfg Co #3002 | Settlement Funds | 1149-000 | 109,839.07 | | 121,279.88 |
| 03/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 34.88 | 121,245.00 |
| 04/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 133.87 | 121,111.13 |
| 04/13/22 | 2 | TX Comptoller # 142301885 | Unclaimed Funds Turnover | 1121-000 | 91.28 | | 121,202.41 |
| 05/02/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 129.46 | 121,072.95 |
| 06/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 133.68 | 120,939.27 |

| Account *******0061 | | Balance Forward | 0.00 | | 1 Checks | 1,215.92 |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 109,930.35 | | 16 Adjustments Out | 581.69 |
| | 0 | Interest Postings | 0.00 | | 0 Transfers Out | 0.00 |
| | | Subtotal | $ 109,930.35 | | Total | $ 1,797.61 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 12,806.53 | | | |
| | | Total | $ 122,736.88 | | | |

Report Totals

| | | Balance Forward | 0.00 | | 3 Checks | 17,618.32 |
|---|---|---|---|---|---|---|
| | 4 | Deposits | 139,398.39 | | 35 Adjustments Out | 840.80 |
| | 0 | Interest Postings | 0.00 | | 1 Transfers Out | 12,806.53 |
| | | Subtotal | $ 139,398.39 | | Total | $ 31,265.65 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 12,806.53 | | | |
| | | Total | $ 152,204.92 | | Net Total Balance | $ 120,939.27 |

PFORM2T4

Ver: 22.06b